| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Andrew M. McNaught (SBN 209093) |
| 2 | amcnaught@seyfarth.com |
|   | Peter D. Urias (255306) |
| 3 | purias@seyfarth.com |
|   | Michael J. Wahlander (SBN 260781 |
| 4 | mwahlander@seyfarth.com |
|   | 560 Mission Street, 31st Floor |
| 5 | San Francisco, California  94105 |
|   | Telephone:     (415) 397-2823 |
| 6 | Facsimile:       (415) 397-8549 |

Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION
(Erroneously sued as "Baxter Corporation")

MICHAEL J. REED, ATTORNEY AT LAW
Michael J. Reed (SBN 122324)
mreed10202@aol.com
60 Creek Tree Lane
Alamo, California  94507
Telephone:     (925) 743-8353

Attorneys for Plaintiff
RUSSELL KLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL KLEIN, | Case No.   C13-2751-EMC |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |
| v. | |
| BAXTER CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: March 4, 2013 |
| Defendants. | |

Plaintiff Russell Klein ("Plaintiff") and Defendant Baxter Healthcare Corporation ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

1. The above-captioned action shall be dismissed with prejudice; and
2. Each party shall bear their own attorneys' fees and costs.

DATED: April 17, 2014                    SEYFARTH SHAW LLP

By: /s/ Michael A. Wahlander
Andrew M. McNaught
Peter D. Urias
Michael A. Wahlander

Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION
(erroneously sued as BAXTER CORPORATION)

DATED: April 17, 2014                    MICHAEL J. REED, ATTORNEY AT LAW

By: /s/ Michael J. Reed
Michael J. Reed

Attorneys for Plaintiff
RUSSELL KLEIN

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: __April 21__, 2014

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA